Case 4:15-cr-00679 Document 1 Filed in TXSD on 12/22/15 Page 1 of 1

United States Courts
Southern District of Texas
FILED

DEC 2 2 2015

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. H15-679 |
| v. | |
| CHRISTOPHER CORREA | SEALED |

### THE UNITED STATES' MOTION TO SEAL INFORMATION

The United States files this Motion to Seal the Information in the above referenced case as defendant has not yet made his initial appearance. WHEREFORE, PREMISES CONSIDERED, the United States respectfully requests the Court seal the above-referenced Information, this Motion to Seal, the Order to Seal, and other relevant filings and that no person shall have access to same except the Clerk or his designated deputies, attorneys for the United States, and authorized representatives of the Federal Bureau of Investigation.

Respectfully submitted,

Kenneth Magidson
United States Attorney

By: _____
Michael Chu
Assistant United States Attorney

1