MAGISTRATE JUDGE_____MARY MILLOY_____
CASE MANAGER__CINDY JANTOWSKI__   TAPE ERO __S. Guevara__
USPS / USPO __D. Hernandez__   INTERPRETER __None__
TIME __1:06__ __1:12__ A.M. | _____ _____ P.M.   DATE __1/8/16__
       begin   end                 begin    end

CR. NO. __15cr679__ USDJ __Hughes__

UNITED STATES OF AMERICA
vs.                                        __Michael Chu__ AUSA

| Deft. No. | Deft. Name |
|---|---|
| 1 | Christopher Correa |

__David Adler (r)__

add'l defts on reverse side                 Appt - A,  Retd - R,  FPD - F

### ARRAIGNMENT

☑ karr.      Arraignment held.     ☐ Arraignment held on superseding indictment.    ☐ Arraignment not held.
☑ kcnsl.     Deft __✓__ first appearance with counsel.    Deft ____ appeared without counsel.
☑ kwvindi.   Deft __✓__ Waiver of Indictment executed (for criminal information).
☑ kpl.       Deft __✓__ enters a plea of not guilty. (ngpl)    Deft ____ enters a plea of guilty. (gpl)
☐ kpl.       Deft ____ plea of guilty probable; pro forma plea of not guilty entered. (ngpl)
☐ …         Deft ____ rearraignment set ____ at ____ before Judge ____.
☐ kwvspt.    Waiver of Speedy Trial executed.
☑ kschedo.   Scheduling Order __✓__ issued w/cc to parties.    ☐ to be mailed.    ☐ not issued.
☐ …         Deft ____ Order for PSI setting Disclosure and Sentencing dates signed.    ☐ PSI waived.
☐ ksen.      Deft ____ sentencing set ____ at ____.
☐ …         Deft ____ failed to appear, bench warrant to issue.
☐ ko.(bnd.)  Deft ____ bond   set   reduced to $ ____   Cash   Surety   10% PR.
☐ kbnd.      Deft ____ executed bond and released from custody.
☑ …         Deft __✓__ bond continued.
☐ …         Deft ____ remanded to custody.
☐ knbhrg.    Deft ____ Nebbia Hearing held (conflict of interest).

OTHER PROCEEDINGS: __*Rearraignment set 1/8/16 @ 2:00   Judge Hughes__

Copy to:   Case Manager for USDJ
           USPO (if PSI ordered)           see reverse