UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CASE NUMBER: _15-CR679_ |
| _Christopher Correia_ | § § § | |

# WAIVER OF INDICTMENT

You have a right to have your case presented to a grand jury. A grand jury is a group of 16 to 23 impartial citizens from this area. The members of the grand jury have a duty to hear the facts of your case from witnesses who are presented by the prosecuting attorney.

After listening to the witnesses testify, under oath, the grand jury may decide that the government has produced sufficient evidence to show probable cause that an offense was committed and that you committed it. If so, a TRUE BILL OF INDICTMENT will be issued. The grand jury may true bill an indictment only if 12 or more grand jurors, from at least 16 members of that group, agree to do so. That is, the vote of 12 grand jurors is needed to return an indictment against you.

However, after hearing the evidence from the witnesses, the grand jury may decide to NO BILL the indictment. That means that they decided that the government did not present sufficient evidence to show a reason to believe that an offense was committed and/or that you committed it. In fact, the grand jury may decide not to issue an indictment even if the evidence shows probable cause against you.