| United States District Court | Southern District of Texas |
|---|---|

United States of America,

versus

Christopher Correa

Criminal H-15-679

## Waiver of Indictment

I, the above named defendant, who is accused of

> Unauthorized access of a computer
> [18 U.S.C. § 1030(a)(2)(C) and (c)(2)(B)(iii)]

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on January 8, 2016, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Christopher Correa, Defendant

_____
David Adler, Counsel for Defendant

Before _____     Date: January 8, 2016
Lynn N. Hughes
United States District Judge