| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
May 16, 2016
David J. Bradley, Clerk

The United States of America, §
§
    Plaintiff, §
§
*versus* §      Criminal H-15-679
§
Christopher Correa, §
§
    Defendant. §

## Order Resetting Sentencing

At the request of the probation office:

1. The presentence investigation report will be delivered to the defendant by May 31, 2016.

2. Counsel will file objections or a statement within fourteen days after disclosure.

3. Sentencing is reset to July 5, 2016, at 1:30 p.m.

Signed on May 16, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge