| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
May 19, 2016
David J. Bradley, Clerk

The United States of America, §
§
Plaintiff, §
§
versus § Criminal H-15-679
§
Christopher Correa, §
§
Defendant. §

## Order on Unsealing

S. Michael Kernan's motion to unseal Christopher Correa's sealed document filed on April 27, 2016, is denied. (30)

Signed on May 19, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge