UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *versus* | § | **CAUSE 4:15-CR-00679-01** |
| | § | **JUDGE LYNN HUGHES** |
| **CHRIS CORREA** | § | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

*TO THE HONORABLE LYNN HUGHES*:

1.  Chris Correa asks the Court to continue the sentencing hearing in this matter. Correa's counsel has a schedule conflict with the current sentencing date of July 5, 2016, at 1:30 pm.

2.  The government is not opposed to this motion.

Respectfully submitted,

/s/ David Adler
_____
David Adler
State Bar of Texas 00923150
Southern District of Texas 17942
6750 West Loop South
Suite 120
Bellaire (Houston), Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
Chris Correa

## CERTIFICATE OF SERVICE

A copy of this motion was provided to the AUSA by e-mail on June 20, 2016.

/s/ David Adler

_____

David Adler

## CERTIFICATE OF CONFERENCE

The Assistant United States Attorney is unopposed to this motion.

/s/ David Adler

_____

David Adler

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| *versus* § | **CAUSE 4:15-CR-00679-01** |
| § | **JUDGE LYNN HUGHES** |
| **CHRIS CORREA** § | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Correa's unopposed motion to continue the sentencing hearing is:

Granted,

The sentencing hearing will be held at _____ am pm on _____ _____, 2016.

Denied.

Signed on _____, 2016.

_____
Lynn Hughes
United States District Judge