# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CHRISTOPHER CORREA** | Criminal No. 4:15-CR-679 |

## RESPONSE TO MOTION TO CONTINUE

Although the United States does not oppose defendant's second request to continue his sentencing, defendant had, in private, merely requested a continuance to July 18, 2016. Because defendant's Motion (Dkt #35) has inadvertently omitted this date, the United States files this response solely to request a sentencing date for July 18, 2016, or the nearest date before July 22, 2016.

                                              Respectfully submitted,

                                              Kenneth Magidson
                                              United States Attorney

                                              /s/
By:   _____
       Michael Chu
       Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No. 4:15-CR-679 |
| **v.** | |
| **CHRISTOPHER CORREA** | |

# ORDER GRANTING
# DEFENDANT'S MOTION TO CONTINUE SENTENCING

Defendant's motion is granted. His sentencing hearing is continued to July 18, 2016 at _____ p.m.

SIGNED in Houston, Texas on _____, 2016.

_____
Lynn N. Hughes
United States District Judge